John S. Delikanakis, Esq.
Nevada Bar No. 5928
Jesse J. Hogin, Esq.
Nevada Bar No. 14884
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: jdelikanakis@swlaw.com
jhogin@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

SNELL & WILMER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LEONARDO CARUSO, an individual,

Plaintiff,

vs.

BANK OF AMERICA, N.A.,

Defendant.

Case No.: 2:26-cv-02885-GMN-BNW

**STIPULATION & ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

***SECOND REQUEST***

Plaintiff Leonardo Caruso and Defendant Bank of America, N.A. (BANA) stipulate and agree as follows:

1. On October 5, 2026, the Court granted BANA's motion to extend time to respond to Plaintiff's complaint. Dkt. No. 9. BANA's current deadline to respond is November 2, 2026. Dkt. No. 9.
2. On October 9, 2026, Plaintiff acknowledged to BANA's counsel that Plaintiff had not yet served BANA with the complaint.
3. On October 12, 2026, Plaintiff emailed his complaint (Dkt. No. 1) and the summons (Dkt. No. 2) to BANA's counsel.
4. On October 12, 2026, BANA accepted service of only Plaintiff's complaint (Dkt. No. 1) and the summons (Dkt. No. 2).
5. BANA and its counsel are currently investigating Plaintiff's allegations.

6. BANA and Plaintiff have also begun to discuss the possibility of settlement.

7. To permit BANA to perform a thorough investigation of Plaintiff's allegations and to allow the parties to continue discussing the possibility of settlement, Plaintiff and BANA agree that good cause exists to extend BANA's deadline to respond to Plaintiff's complaint by sixty days from November 2, 2026, to January 4, 2027 (30 days from November 2, 2026, falls on Friday, January 1, 2027, a legal holiday).

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

SNELL & WILMER

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, on behalf of himself, and BANA, through its undersigned counsel, and subject to the approval of the Court, as follows:

1. BANA's deadline to respond to Plaintiff's complaint (Dkt. No. 1) is extended to January 4, 2027.

The parties respectfully submit that there is good cause for this stipulation and that it is not sought for purposes of delay.

IT IS SO STIPULATED.

Dated: October 13, 2026

LEONARDO CARUSO

By: */s/ Leonardo Caruso*
304 S Jones Blvd #3859
Las Vegas, NV 89107
(323) 949-6686
leonardo@leonardocaruso.com

*Plaintiff, Pro Se*

Dated: OCTOBER 13, 2026

SNELL & WILMER L.L.P.

By: */s/ Jesse J. Hogin*
John S. Delikanakis, Esq. (NV Bar #5928)
Jesse Hogin, Esq. (NV Bar #14884)
1700 South Pavilion Center, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant Bank of America, N.A.*

**ORDER**

Good cause appearing, the foregoing stipulation is GRANTED. BANA's deadline to respond to Plaintiff's complaint (Dkt. No. 1) is extended to January 4, 2027.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATED: October 14, 2026

Respectfully submitted by:

SNELL & WILMER, LLP

By: */s/ Jesse J. Hogin*
John S. Delikanakis (NV Bar No. 5928)
Jesse Hogin (NV Bar No. 14884)
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135-1865

*Attorneys for Defendant Bank of America, N.A.*

4903-1269-7302



4903-1269-7302

SNELL & WILMER